**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | |
|---|---|
| MICHAEL STOCKDALE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:06-CV-25 CAS |
| | ) |
| CHUCK DWYER, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on review of the file. Plaintiff Michael Stockdale filed a "Response to Defendant Chuck Dwyer's Answer to the Above Styled Cause," which has been docketed as a reply to defendant Dwyer's answer. An examination of the document indicates that it is plaintiff's reply to the answer filed by defendant Dwyer.

Rule 7 of the Federal Rules of Civil Procedure specifies the pleadings which are permitted to be filed in a federal civil case. The Rule states:

> There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is filed. **No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer**.

Rule 7(a), Fed. R. Civ. P. (emphasis added).

"No reply should be made to an answer . . . that does not itself contain a counterclaim denominated as such, unless a reply is ordered by the court. . . . A clear showing of necessity or of extraordinary circumstances of a compelling nature will usually be required before the court will order a reply." 2 James Wm. Moore, et al., Moore's Federal Practice § 7.02[7][b] (3d ed. 2006).

In this case, defendant Dwyer's answer did not contain a counterclaim and the Court did not order plaintiff to file a reply to the answer. The reply filed by plaintiff does not indicate a clear showing of necessity or of extraordinary circumstances of a compelling nature. Plaintiff's reply is therefore not properly filed pursuant to Rule 7(a), Fed. R. Civ. P., and will be stricken from the record.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's reply to defendant Dwyer's answer is **STRICKEN** from the record of this case. [Doc. 19]

**IT IS FURTHER ORDERED** that the Clerk of the Court shall delete Document 19, plaintiff's reply to the defendant Dwyer's answer, from the record of this matter.

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  14th  day of August, 2006.