## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | |
|---|---|
| MICHAEL STOCKDALE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:06-CV-25 CAS |
| ) | |
| CHUCK DWYER and ) | |
| LARRY CRAWFORD, ) | |
| ) | |
| Defendants. ) | |

### JUDGMENT

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that defendants' motion for summary judgment is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendants and against plaintiff Michael Stockdale.

Costs are assessed against plaintiff.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  11th  day of October, 2007.